**ORIGINAL**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Softchoice Corporation

Plaintiff

v.

SHI International Corporation et al.

Defendant

**3-10CV-20320**

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Softchoice Corporation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

Softchoice Corporation, a Canadian corporation

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Softchoice Corporation, Defendants SHI International Corporation, Michael Britton, Heath Fiedler, Josh Fruehan, Phil Wilhelm, Ryan Sheehan, Ryan Ford

| | |
|---|---|
| Date: | Oct 7, 2010 |
| Signature: | *[signed] Patrick J. Maher* |
| Print Name: | Patrick J. Maher |
| Bar Number: | 12836625 |
| Address: | 777 Main Street, Suite 3800 |
| City, State, Zip: | Fort Worth, TX 76102 |
| Telephone: | 817-877-8167 |
| Fax: | 817-336-3735 |
| E-Mail: | pmaher@shannongracey.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons