UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOFTCHOICE CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHI INTERNATIONAL CORPORATION, MICHAEL BRITTON, HEATH FIEDLER, JOSH FRUEHAN, PHIL WILHELM, RYAN SHEEHAN, AND RYAN FORD<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 3:10-CV-02032-O<br><br>ECF |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON before this Court the Stipulation and Agreed Order of Dismissal with Prejudice filed by Plaintiff Softchoice Corporation ("Softchoice") and Defendants SHI International Corporation, Michael Britton, Heath Fiedler, Josh Fruehan, Phil Wilhelm, Ryan Sheehan, and Ryan Ford (collectively the "Defendants"), by and through their undersigned counsel, pursuant a settlement by and among the above-referenced Parties to this lawsuit (collectively the "Parties"). The Court being advised in its premises and of the opinion that said Order of Dismissal with Prejudice should be entered,

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned lawsuit be and hereby is dismissed in its entirety and with prejudice as to all claims.

**STIPULATION AND AGREED ORDER OF DISMISSAL**　　　　　　　　　　　　**Page 1**

SO ORDERED.

Date: February __, 2011          By:_____
                                                                    Hon. Reed O'Connor
                                                                    Judge, United States District Court
                                                                    for the Northern District of Texas

**AGREED AS TO FORM AND CONTENT**:

By: /s/ Patrick J. Maher
     Patrick J. Maher
     Texas State Bar No. 12836625
     SHANNON, GRACEY, RATLIFF &
      MILLER, L.L.P.
     777 Main Street, Suite 3800
     Fort Worth, TX 76102
     Telephone: 817.877.8167
     Facsimile: 817.336.3735
     pmaher@shannongracey.com

     Arturo J. Gonzalez
     Eric A. Tate
     MORRISON & FOERSTER LLP
     425 Market Street
     San Francisco, California 94105-2482
     Telephone: 415.268.7000
     Facsimile: 415.268.7522
     agonzalez@mofo.com
     etate@mofo.com

     **Attorneys for Plaintiff**

By: /s/ Dudley G. Jordan
     Dudley G. Jordan
     Robert A. Bragalone
     State Bar No. 02855850
     Dudley G. Jordan
     State Bar No. 24032604
     GORDAN & REESE
     2100 Ross Avenue, Suite 2800
     Dallas, Texas 75201
     Tel. 214.231.4660
     Fax: 214.461.4053

     **Attorneys for Defendants**