# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **SOFTCHOICE CORPORATION** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:10-CV-02032-O |
| | § | |
| **SHI INTERNATIONAL CORPORATION,** | § | |
| **MICHAEL BRITTON, HEATH** | § | |
| **FIEDLER, JOSH FRUEHAN, PHIL** | § | |
| **WILHELM, RYAN SHEEHAN, AND** | § | |
| **RYAN FORD** | § | |
| | § | |
| Defendants. | | |

## STIPULATION AND AGREED ORDER OF DISMISSAL

Before the Court is the Stipulation and Agreed Order of Dismissal (ECF No. 25) filed by Plaintiff Softchoice Corporation ("Softchoice") and Defendants SHI International Corporation, Michael Britton, Heath Fiedler, Josh Fruehan, Phil Wilhelm, Ryan Sheehan, and Ryan Ford (collectively the "Defendants").  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties may dismiss a case without court order through "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Parties have agreed that all claims be dismissed with prejudice.  It is therefore **ORDERED** that the above-captioned lawsuit should be and is hereby **DISMISSED** with prejudice as to all claims.

**SO ORDERED** this **9th** day of **February, 2011**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**